# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BONNES JR., EDWARD J. | § | Case No. 15-27335 |
| BONNES, CAROL E. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/11/2015 . The undersigned trustee was appointed on 08/11/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 9,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 7.54 |
| Bank service fees | | 37.74 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,454.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  12/18/2015  and the deadline for filing governmental claims was  02/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,700.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,700.00 , for a total compensation of $ 1,700.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2016        By:/s/Elizabeth C Berg, Trustee
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 15-27335 DRC Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BONNES JR., EDWARD J. | | Date Filed (f) or Converted (c): | 08/11/15 (f) |
| | BONNES, CAROL E. | | 341(a) Meeting Date: | 09/14/15 |
| For Period Ending: | 02/23/16 | | Claims Bar Date: | 12/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence 352 Republic Road Batavia, | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. 33 South Mallory Ave. Batavia, IL | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. Old Second (business checking) | 200.00 | 0.00 | | 0.00 | FA |
| 4. Old Second (checking) | 50.00 | 0.00 | | 0.00 | FA |
| 5. Chase (checking) | 20.00 | 0.00 | | 0.00 | FA |
| 6. Chase (business checking) | 50.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Lincoln National (whole life, face value: $300,000 policy loan: $22,000.00 | 300.00 | 0.00 | | 0.00 | FA |
| 11. Lincoln National (face value: $200,000.00; $22,000 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Target IRA | 102,000.00 | 0.00 | | 0.00 | FA |
| 13. Stock-Bonnes Construction | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2014 tax refund ($50.00) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Estate of John Werner (Wife's cousin) Trustee collected loan repayment and administrator fees due to Carol Bonnes from probate estate | 15,786.00 | 9,306.00 | | 9,500.00 | FA |
| 16. 1998 Jeep Cherokee (140,000 miles) | 1,588.00 | 0.00 | | 0.00 | FA |
| 17. 2001 Chevrolet Cargo Van - 1 ton (111,000 miles) | 1,545.00 | 0.00 | | 0.00 | FA |
| 18. Carpentry tools (used) | 1,500.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $439,439.00 | $9,306.00 | | $9,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 15-27335   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C Berg, Trustee |
| Case Name: | BONNES JR., EDWARD J. | Date Filed (f) or Converted (c):   08/11/15 (f) |
| | BONNES, CAROL E. | 341(a) Meeting Date:   09/14/15 |
| | | Claims Bar Date:   12/18/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2016: government bar date expires 2/8/16; will review claims and prepare TFR

October 9, 2015:  Trustee recovered monies paid to Carol Bonnes on account of her administration of the probate estate of a family member, net of the Debtor's allowed and claimed exemption.  Unsecured bar date expires in December 2015, governmental bar date does not expire until February 2016.  Upon expiration of claims bar dates; Trustee will examine claims and resolve any issues, attend to Estate tax matters and prepare her TFR.

Initial Projected Date of Final Report (TFR): 06/30/16        Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-27335 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | BONNES JR., EDWARD J. | | Bank Name: | Associated Bank |
| | BONNES, CAROL E. | | Account Number / CD #: | *******6542 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1565 | | | |
| For Period Ending: | 02/23/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/15 | 15 | CAROL & EDWARD BONNES<br>352 REPUBLIC ROAD<br>BATAVIA, IL 60510 | INHERITANCE - ESTATE OF JOHN WERNER | 1129-000 | 9,500.00 | | 9,500.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,490.00 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,475.89 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.63 | 9,462.26 |
| 02/16/16 | 001001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 7.54 | 9,454.72 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,500.00 | 45.28 | 9,454.72 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,500.00 | 45.28 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,500.00 | 45.28 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6542 | 9,500.00 | 45.28 | 9,454.72 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,500.00 | 45.28 | 9,454.72 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 9,500.00 45.28

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.05f

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 23, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-27335  
Debtor Name: BONNES JR., EDWARD J.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,700.00 | $0.00 | $1,700.00 |
| | Subtotal for Priority 001 | | | $1,700.00 | $0.00 | $1,700.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $19,398.51 | $0.00 | $19,398.51 |
| 000002<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $26,813.12 | $0.00 | $26,813.12 |
| | Subtotal for Priority 070 | | | $46,211.63 | $0.00 | $46,211.63 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $7.54 | $7.54 | $0.00 |
| | Subtotal for Priority 999 | | | $7.54 | $7.54 | $0.00 |
| | Case Totals: | | | $47,919.17 | $7.54 | $47,911.63 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-27335
Case Name: BONNES JR., EDWARD J.
　　　　　　BONNES, CAROL E.
Trustee Name: Elizabeth C Berg, Trustee

Balance on hand　　　　　　　　　　　　　　　　　　　　$　　9,454.72

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,700.00 | $ 0.00 | $ 1,700.00 |
| Other: Adams-Levine | $ 7.54 | $ 7.54 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses　　　$　　1,700.00

Remaining Balance　　　　　　　　　　　　　　　　　　$　　7,754.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,211.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 19,398.51 | $ 0.00 | $ 3,255.24 |
| 000002 | PYOD, LLC its successors and assigns as | $ 26,813.12 | $ 0.00 | $ 4,499.48 |

Total to be paid to timely general unsecured creditors    $ 7,754.72

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE