# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
　§ 
BONNES JR., EDWARD J. § Case No. 15-27335
BONNES, CAROL E. § 
　§ 
　§ 
　　Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　United States Bankruptcy Court
　　　　219 S. Dearborn Street
　　　　7th Floor
　　　　Chicago   IL   60604

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
　　　　10:30 a.m.
　　　　on Friday, April 8, 2016
　　　　in Courtroom 240 of the Kane County Courthouse
　　　　100 South 3rd Street, Geneva, Illinois

　If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　　　By: Jeffrey P. Allsteadt_____


*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BONNES JR., EDWARD J. § Case No. 15-27335
BONNES, CAROL E. §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,500.00 |
| and approved disbursements of | $ | 45.28 |
| leaving a balance on hand of[1] | $ | 9,454.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,700.00 | $ 0.00 | $ 1,700.00 |
| Other: Adams-Levine | $ 7.54 | $ 7.54 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,700.00 |
| Remaining Balance | | $ | 7,754.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,211.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 19,398.51 | $ 0.00 | $ 3,255.24 |
| 000002 | PYOD, LLC its successors and assigns as | $ 26,813.12 | $ 0.00 | $ 4,499.48 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,754.72 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Elizabeth C. Berg, Trustee

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Edward J. Bonnes, Jr.
Carol E. Bonnes
    Debtors

Case No. 15-27335-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: vrowe      Page 1 of 1      Date Rcvd: Mar 11, 2016
                   Form ID: pdf006      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2016.
```
db/jdb         +Edward J. Bonnes, Jr.,    Carol E. Bonnes,   352 Republic Road,    Batavia, IL 60510-1708
23586996        Bank of America,    POB 5170,    Simi Valley, CA 93062-5170
23797979        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
23586997       +Capital One Bank, NA,    POB 6492,    Carol Stream, IL 60197-6492
23586998      #+Capital One Commercial,    POB 4160,    Carol Stream, IL 60197-4160
23586999        Central DuPage Hospital,    POB 4090,    Carol Stream, IL 60197-4090
23587002        Chase,   POB 15123,    Wilmington, DE 19850-5123
23587000       +Chase,   3415 Vision Drive,    OH4-7164,    Columbus, OH 43219-6009
23587003        Chase,   POB 6026,    Mailcode IL 1-0054,    Chicago, IL 60680-6026
23587001        Chase,   POB 183232,    Columbus, OH 43218-3232
23587004        Citi Cards,    POB 78045,    Phoenix, AZ 85062-8045
23587006        Kane County Treasurer,    David J. Rickert,    POB 4025,    Geneva, IL 60134-4025
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23587005         E-mail/Text: cio.bncmail@irs.gov Mar 12 2016 01:42:38     Dept. of Treasury,
                 Internal Revenue Service,    POB 804527,    Cincinnati, OH 45280-4527
24019287        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2016 01:39:49
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2016 at the address(es) listed below:
```
          Carl F. Safanda, Esq    on behalf of Debtor 2 Carol E. Bonnes csafanda@xnet.com;rsafanda@xnet.com
          Carl F. Safanda, Esq    on behalf of Debtor 1 Edward J. Bonnes, Jr.
           csafanda@xnet.com;rsafanda@xnet.com
          Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Jose G Moreno    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```