# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BONNES JR., EDWARD J. | § | Case No. 15-27335 |
| BONNES, CAROL E. | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 285,300.00                Assets Exempt: 144,833.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,754.72     Claims Discharged
                                               Without Payment: 92,575.16

Total Expenses of Administration: 1,745.28

3) Total gross receipts of $ 9,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 9,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 361,789.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,745.28 | 1,745.28 | 1,745.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,900.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,630.74 | 46,211.63 | 46,211.63 | 7,754.72 |
| **TOTAL DISBURSEMENTS** | $ 461,320.33 | $ 47,956.91 | $ 47,956.91 | $ 9,500.00 |

    4) This case was originally filed under chapter 7 on 08/11/2015 . The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/02/2016                    By:/s/Elizabeth C Berg, Trustee
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of John Werner (Wife's cousin) | 1129-000 | 9,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America POB 5170 Simi Valley, CA 93062-5170 | | 134,538.94 | NA | NA | 0.00 |
| | Chase 3415 Vision Drive OH4-7164 Columbus, OH 43219 | | 69,185.47 | NA | NA | 0.00 |
| | Chase POB 183232 Columbus, OH 43218-3232 | | 152,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane County Treasurer David J. Rickert POB 4025 Geneva, IL 60134-4025 | | 5,965.18 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 361,789.59** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| ADAMS-LEVINE | 2300-000 | NA | 7.54 | 7.54 | 7.54 |
| Associated Bank | 2600-000 | NA | 37.74 | 37.74 | 37.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,745.28** | **$ 1,745.28** | **$ 1,745.28** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept. of Treasury Internal Revenue Service POB 804527 Cincinnati, OH 45280-4527 | | 2,900.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,900.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Commercial POB 4160 Carol Stream, IL 60197 | | 3,918.93 | NA | NA | 0.00 |
| | Central DuPage Hospital POB 4090 Carol Stream, IL 60197-4090 | | 846.66 | NA | NA | 0.00 |
| | Chase POB 15123 Wilmington, DE 19850-5123 | | 3,204.13 | NA | NA | 0.00 |
| | Chase POB 15123 Wilmington, DE 19850-5123 | | 3,840.45 | NA | NA | 0.00 |
| | Chase POB 6026 Mailcode IL 1-0054 Chicago, IL 60680-6026 | | 39,408.08 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 18,994.77 | 19,398.51 | 19,398.51 | 3,255.24 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 26,417.72 | 26,813.12 | 26,813.12 | 4,499.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 96,630.74 | $ 46,211.63 | $ 46,211.63 | $ 7,754.72 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-27335 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BONNES JR., EDWARD J. | | | Date Filed (f) or Converted (c): | 08/11/15 (f) |
| | BONNES, CAROL E. | | | 341(a) Meeting Date: | 09/14/15 |
| For Period Ending: | 05/02/16 | | | Claims Bar Date: | 12/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence 352 Republic Road Batavia, | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. 33 South Mallory Ave. Batavia, IL | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. Old Second (business checking) | 200.00 | 0.00 | | 0.00 | FA |
| 4. Old Second (checking) | 50.00 | 0.00 | | 0.00 | FA |
| 5. Chase (checking) | 20.00 | 0.00 | | 0.00 | FA |
| 6. Chase (business checking) | 50.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Lincoln National (whole life, face value: $300,000 policy loan: $22,000.00 | 300.00 | 0.00 | | 0.00 | FA |
| 11. Lincoln National (face value: $200,000.00; $22,000 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Target IRA | 102,000.00 | 0.00 | | 0.00 | FA |
| 13. Stock-Bonnes Construction | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2014 tax refund ($50.00) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Estate of John Werner (Wife's cousin) Trustee collected loan repayment and administrator fees due to Carol Bonnes from probate estate | 15,786.00 | 9,306.00 | | 9,500.00 | FA |
| 16. 1998 Jeep Cherokee (140,000 miles) | 1,588.00 | 0.00 | | 0.00 | FA |
| 17. 2001 Chevrolet Cargo Van - 1 ton (111,000 miles) | 1,545.00 | 0.00 | | 0.00 | FA |
| 18. Carpentry tools (used) | 1,500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $439,439.00 | $9,306.00 | | $9,500.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (10/1/2010)  *(Page: 7)*

Ver: 19.06

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 15-27335    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | BONNES JR., EDWARD J. | Date Filed (f) or Converted (c): | 08/11/15 (f) |
| | BONNES, CAROL E. | 341(a) Meeting Date: | 09/14/15 |
| | | Claims Bar Date: | 12/18/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2016: government bar date expires 2/8/16; will review claims and prepare TFR

October 9, 2015: Trustee recovered monies paid to Carol Bonnes on account of her administration of the probate estate of a family member, net of the Debtor's allowed and claimed exemption. Unsecured bar date expires in December 2015, governmental bar date does not expire until February 2016. Upon expiration of claims bar dates; Trustee will examine claims and resolve any issues, attend to Estate tax matters and prepare her TFR.

Initial Projected Date of Final Report (TFR): 06/30/16    Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-27335 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | BONNES JR., EDWARD J. | Bank Name: | Associated Bank |
|  | BONNES, CAROL E. | Account Number / CD #: | *******6542 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1565 | | |
| For Period Ending: | 05/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/15 | 15 | CAROL & EDWARD BONNES<br>352 REPUBLIC ROAD<br>BATAVIA, IL 60510 | INHERITANCE - ESTATE OF JOHN WERNER | 1129-000 | 9,500.00 | | 9,500.00 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,490.00 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,475.89 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.63 | 9,462.26 |
| 02/16/16 | 001001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 7.54 | 9,454.72 |
| 04/12/16 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,700.00 | 7,754.72 |
| 04/12/16 | 001003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 16.78% | 7100-000 | | 3,255.24 | 4,499.48 |
| 04/12/16 | 001004 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 16.78% | 7100-000 | | 4,499.48 | 0.00 |

Page Subtotals 9,500.00 9,500.00

Ver: 19.06

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 15-27335 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | BONNES JR., EDWARD J. | Bank Name: | Associated Bank |
| | BONNES, CAROL E. | Account Number / CD #: | *******6542 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1565 | | |
| For Period Ending: | 05/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,500.00 | 9,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,500.00 | 9,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,500.00 | 9,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6542) | 9,500.00 | 9,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,500.00 | 9,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 19.06

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*